JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY PATCH, an individual; ADVENT ADJUSTING SERVICES LLC; JPMORGAN CHASE BANK NA ISAOAATIMAL; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 8:25-cv-00118-JWH-DFM<br><br>**JUDGMENT** |

Pursuant to the Minute Order re "Hearing re Plaintiff's Motion for Leave to File a Second Amended Complaint [43]; Status Conference; OSC Hearing" filed substantially contemporaneously herewith, and in accordance with Rules 41(a)(2) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1335.

2. The operative pleading is the First Amended Complaint [ECF No. 26] of Plaintiff State Farm General Insurance Company.

3. The Clerk is **DIRECTED** to return the interpleaded funds forthwith to Plaintiff State Farm General Insurance Company.

4. This case is **DISMISSED without prejudice.**

5. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated:   September 22, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-